IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEWART LUNN, Individually and as Next Friend of CHANTELLE LUNN, CHERYL LUNN, and TAYLOR LUNN, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-04-404 |
| FRAGOMEN, DEL REY, BERNSEN and LOEWY P.C., AUSTIN T. FRAGOMEN, JR., ALFRED J. DEL REY, JR., PETER H. LOEWY, JOHN QUINN, ROBERT DIPIERRO, PAUL HEJINIAN, MICHELLE MYERS, and TINA R. NIEDZWIECKI, | § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Defendants' Motion for Summary Judgment (Document No. 17) is GRANTED, and Plaintiffs' case is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas on this 28th day of February, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE